

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 14, 2026

VIA ECF
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: *Gaukhar Tuleuova v. Gomez*, No. 25 Civ. 10049 (MMG)

Dear Judge Garnett:

This Office represents the government in this action in which the plaintiff seeks an order directing U.S. Citizenship and Immigration Services ("USCIS") to grant his request to reopen and reconsider the denial of an application for immigration relief (Form I-485) and compelling USCIS to re-adjudicate the Form I-485. On behalf of the government, I write respectfully to request an adjournment of the initial pretrial conference currently scheduled to take place on January 22, 2026, at 9:30 a.m., to a date and time convenient to the Court and to the parties after the government's response to the complaint is due—such deadline is currently February 20, 2026— and a corresponding extension of time on the submission of a proposed Civil Case Management Plan and Scheduling Order and joint letter that are currently due tomorrow, January 15, 2026. I apologize for the lateness of this request. I was only assigned to this matter today.

I respectfully request this adjournment so that I have sufficient time to confer with the Agency regarding the substance of the complaint and the government's anticipated response and to confer with opposing counsel about the matters to be addressed in the management plan and joint letter.

Plaintiff consents to this request. I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLATYON
United States Attorney

By:     /s/ *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)

GRANTED. The Initial Pretrial Conference previously scheduled for January 22, 2026 is ADJOURNED until **March 5, 2026 at 9:30 A.M.** The deadline for the parties' joint pre-conference submissions is likewise ADJOURNED until **February 26, 2026**.

SO ORDERED. Dated January 15, 2026.

HON. MARGARET M. GARNETT UNITED STATES DISTRICT JUDGE